McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUL 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL VILLA VALLE,

Defendant.

CASE NO. 1:18-CR-00156 DAD-BAM

[~~PROPOSED~~]
ORDER STAYING DEFENDANT'S RELEASE PENDING FILING OF GOVERNMENT'S REVOCATION OF RELEASE ORDER

Upon motion of the United States of America to stay the Court's order of release as to the above-named defendant pending the Government's filing of a Motion to Revoke the Release Order, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Magistrate Judge's Order, setting conditions of release for the above-named defendant, be stayed until 2:00 pm ~~4:30~~ p.m. on July 27, 2018. Should the Government file a motion to revoke the release order on or before July 27, 2018, the stay will extend through the time of hearing on the Government's motion.

Dated: 7/26, 2018

_____
Honorable Barbara A. McAuliffe
U.S. Magistrate Judge

[PROPOSED] ORDER STAYING CONDITIONS OF RELEASE

1