1  MCGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   VINCENZA RABENN
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00156-DAD-BAM-2

12 | Plaintiff,

| STIPULATION AND ORDER
13 | v. | TO REVOKE MODIFIED RELEASE ORDER
| AND REINSTATE ORIGINAL RELEASE ORDER
14 | MIGUEL VILLA VALLE,

15 | Defendant.

16

17    IT IS HEREBY SITPULATED, by and between the parties, through their respective counsel,

18  Assistant United States Attorney Laura Withers, counsel for the United States, and Peter Jones, counsel

19  for Defendant Miguel Villa Valle, that the Court grant the Government's Motion for Revocation, filed

20  on July 27, 2018. Dkt. No. 28. The parties agree that the modified release order of July 26, 2018, Dkt.

21  No. 21, arose from an unusual procedural posture and should be revoked. The parties further agree that

22  the original release order of July 16, 2018, Dkt. No. 12, should be reinstated. Accordingly, instead of

23  posting a bond of $10,000 in cash, the defendant will arrange a secured property bond of $10,000 to

24  secure his release.

25  ///

26  ///

27  ///

28  ///

1

Dated: July 30, 2018     McGREGOR W. SCOTT
United States Attorney

/s/Laura D. Withers
LAURA D. WITHERS
Assistant United States Attorney

Dated: July 30, 2018     /s/ Peter Jones
PETER JONES
Attorney for Defendant
MIGUEL VILLA VILLE

## **ORDER**

Pursuant to the parties' stipulation, the government's motion for revocation of release order (Doc. 28) is granted, the modified release order of July 26, 2018 (Doc. 21) is revoked, and the original release order of July 16, 2018 (Doc. 12) is reinstated.

IT IS SO ORDERED.

Dated: **July 31, 2018**

_____
UNITED STATES DISTRICT JUDGE