Peter M. Jones (SBN 10581)
265 E. River Park Circle, Ste. 310
Fresno, California 93720
Tel: (559) 233-4880
Fax: (559) 233-9330

Attorney for Defendant
Miguel Villa-Valle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MIGUEL VILLA-VALLE,<br><br>*Defendant,* | Case No. 1:18-CR-00156-DAD-BAM<br><br>APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THEREON<br><br>Date: September 28, 2018<br>Time: 8:00 A.M.<br>Hon. ERICA P. GROSJEAN<br>Dept.: 10 (6th Floor) |

Defendant, Miguel Villa-Valle, hereby requests that this court order the exoneration of the $10,000 Deed of Trust with Assignments of Rent currently on file with the Stanislaus County Recorder as Document # DOC-2018-0054341-00.

On July 16, 2018 a $10,000 bond was ordered in the above-captioned matter, to be secured by the property of Javier Villa Jr. and Alicia Marquez. On August 8th, 2018, a Deed of Trust with Assignment of Rents in the amount of $10,000 was filed with the Stanislaus County Recorder as Document # DOC-2018-0054341-00.

During the week of August 6th, 2018, counsel was informed that Miguel Villa Valle's name was not properly written in the top, left hand corner of the executed Deed of Trust form. Thereafter, counsel had a subsequent Deed of Trust (DOC-2018-0055074-00) executed, and delivered to secure the $10,000 property bond. Defendants hereby request that the first improperly executed Deed of Trust (DOC-2018-0054341-00) be exonerated and title of the real property described therein be re-conveyed to Javier Villa Jr. and Alicia Marquez.

Dated: October 18, 2018

Respectfully submitted,

/S/ PETER M. JONES

_____
Peter M. Jones
Attorneys for Miguel Villa Valle

ORDER

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on August 8th, 2018 with the Stanislaus County Recorder as Document # DOC-2018-0054341-00, be exonerated and the title to the property described therein be re-conveyed to Javier Villa Jr. and Alicia Marquez.

DATED: October 18, 2018

_____
ERICA P. GROSJEAN
United States Magistrate Judge