WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys For:    Defendant, Miguel Vila-Valle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18 CR 00156-DAD-BAM |
| Plaintiff, | **STIPULATION TO EXONERATE CASH BOND;DECLARATION OF PETER M. JONES;AND ORDER THEREON** |
| vs. | |
| MIGUEL VILLA-VALLE, | |
| Defendant | |

Defendant, Miguel Villa-Valle, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, McGregor W. Scott and Vincenza Rabenn, hereby stipulate as follows:

That the $10,000 cash bond be exonerated and returned to Javier Villa Jr.

**DECLARATION OF PETER M. JONES**

I, Peter M. Jones, declare as follows:

1.    I am an attorney admitted to practice before this court, and am counsel of record for Miguel Villa-Valle, the defendant in the above entitled action.

2.    On July 16, 2018 a $10,000 bond was ordered in the above entitled action, to be secured by the property of Javier Villa Jr. and Alicia Marquez. This order effectively rendered the $10,000 cash bond unnecessary to secure the release of the defendant.

3.    Currently defendant has both a $10,000 cash bond and $10,000 property bond securing his release.

4. The defendant had a Deed of Trust (DOC-2018-0055074-00) properly executed and delivered to this court to secure the $10,000 property bond and the defendants release.

5. I have contacted AUSA Vincenza Rabenn, and she has agreed to stipulate to the exoneration of the $10,000 cash bond.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on November 29, 2018.

/s/ PETER M. JONES
Peter M. Jones

Dated: November 29, 2018            Respectfully Submitted,

By: /s/ PETER M. JONES
PETER M. JONES, Attorney for Defendant,
Miguel Villa-Valle

Date: November 29, 2018            McGregor W. Scott, U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE

By:/s/ VINCENZA RABENN
Vincenza Rabenn,
Assistant U.S. Attorney

## **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered: That the $10,000 cash bond be exonerated and returned to Javier Villa Jr.

IT IS SO ORDERED.

Dated: **December 3, 2018**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE