WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys For: Defendant, Miguel Villa-Valle

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL VILLA-VALLE, <br><br> Defendant | Case No.: 1:18 CR 00156-DAD-BAM <br><br> **STIPULATION TO CONTINUE SENTENCING;DECLARATION OF PETER M. JONES;AND ORDER THEREON** |

Defendant, MIGUEL VILLA-VALLE, by and through his counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Vincenza Rabenn, ASSISTANT UNITED STATES ATTORNEY ("AUSA"), hereby stipulate as follows:

That the sentencing currently set for September 14, 2020, at 10:00 a.m., be continued to October 26, 2020, at 10:00 a.m.

**DECLARATION OF PETER M. JONES**

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Miguel Villa-Valle, the Defendant in the above entitled action.

2.    On June 23, 2020, Defendant, Miguel Villa-Valle, entered a plea of guilty in the above designated case and his sentencing was set to occur on September 14, 2020. Since the entry of his plea Mr. Villa-Valle, who is a resident of Merced County, contracted Covid-19 and was in quarantine for much of July.  As a result of his quarantine, he was not able to be interviewed by myself or the Probation Office.  Additional time is therefore needed to accomplish his interview and any pleadings that may need to be filed.

5.     I have contacted AUSA Vincenza Rabenn, and she has agreed to stipulate to a continuance of the sentencing to October 26, 2020.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on August 4, 2020.

/s/ *Peter M. Jones*  
Peter M. Jones

Dated: August 4, 2020				Respectfully Submitted,


By: /s/ *Peter M. Jones*  
PETER M. JONES, Attorney for  
Defendant, Miguel Villa-Valle


Date: August 4, 2020				MCGREGOR W. SCOTT, U.S. ATTORNEY  
UNITED STATES ATTORNEY'S OFFICE


By:/s/ *Vincenza Rabenn*  
VINCENZA RABENN,  
Assistant U.S. Attorney

## **ORDER**

Having reviewed the above Stipulation and **GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED**:  That the current Sentencing Hearing for the Defendant, Miguel Villa-Valle, set for September 14, 2020, be continued to October 26, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **August 4, 2020**   _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE