HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MIGUEL ANGEL VILLA VALLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL VILLA VALLE,<br><br>Defendant. | Case No. 1:18-cr-00156 DAD-BAM-2<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: Dale A. Drozd |

Defendant, MIGUEL ANGEL VILLA VALLE, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On October 26, 2020, this Court sentenced Mr. Villa Valle to a term of 66 months;

4. Mr. Villa Valle's total offense level was 27, his criminal history category was I (based on him having zero criminal history points), and the resulting guideline range was 70 to 87 months;

5. The sentencing range applicable to Mr. Villa Valle was subsequently lowered by the zero-point provision;

6. Mr. Villa Valle is eligible for a reduction in sentence, which reduces his total offense level by 2 from 27 to 25, and his amended advisory guideline range is reduced to 57 to 71 months;

7. Because Mr. Villa Valle is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Villa Valle's term of imprisonment to 57 months, but if the amount of time served as of February 1, 2024, exceeds 57 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 12, 2024                           Dated:  January 12, 2024

PHILLIP A. TALBERT                                 HEATHER E. WILLIAMS
United States Attorney                             Federal Defender


 */s/ Shelley D. Weger*                              */s/ Peggy Sasso*
SHELLEY D. WEGER                                    PEGGY SASSO
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                              Attorneys for Defendant
UNITED STATES OF AMERICA                            MIGUEL ANGEL VILLA VALLE

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Villa Valle is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2020 is reduced to a term of 57 months, effective February 1, 2024, but if the amount of time served as of February 1, 2024, exceeds 57 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

IT IS FURTHER ORDERED that all the terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Villa Valle shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  **January 12, 2024**

UNITED STATES DISTRICT JUDGE